GRAND UNION COMPANY, Respondent, *v.* GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., Appellant.

Argued October 17, 1938; decided November 22, 1938.

*Daniel Mungall* and *Edwin C. Markel* for appellant.

*Philip L. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.